THE TUSCARORA LAND AND IMPROVEMENT COMPANY, Respondent, *v.* JOHN C. MILLAR, Individually and as Executor of POLLY J. MENTZ, Deceased, et al., Appellants.

*Tuscarora Land & Impr. Co.* v. *Millar*, 143 App. Div. 955, affirmed.

(Argued October 10, 1912; decided November 26, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain defendants from interfering with the natural flow of the waters of a stream and for damages.

*August Becker* and *J. Ralph Ulsh* for appellants.

*Martin Clark* and *Simon Fleischmann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.